Case 06-71578    Doc 52    Filed 06/25/08    Entered 06/25/08 15:17:44    Desc Main
                            Document      Page 1 of 2

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:   CHARLES T. LAKEN & ELLEN F. LAKEN                                    Case Number: 06-71578
         1230 N. GREENVIEW AVENUE                   SSN-xxx-xx-8148 & xxx-xx-7307
         ROCKFORD, IL  61101

                                                                    Case filed on:      8/31/2006
                                                                    Plan Confirmed on:  1/24/2007
                                    D Dismissed

Total funds received and disbursed pursuant to the plan: $27,700.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | COUNTRYWIDE HOME LOANS INC | 0.00 | 0.00 | 13,610.16 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 13,610.16 | 0.00 |
| 000 | ATTORNEY DONALD P SULLIVAN | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| 003 | BANK OF NEW YORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | FISHER & SHAPIRO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CHARLES T. LAKEN | 0.00 | 0.00 | 5,250.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 5,250.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 13,581.16 | 13,581.00 | 4,465.41 | 0.00 |
|  | Total Secured | 13,581.16 | 13,581.00 | 4,465.41 | 0.00 |
| 005 | ACCT RCV SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ACCT RCV SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ECMC | 19,819.20 | 0.00 | 0.00 | 0.00 |
| 008 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BOB JACKSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BOB JACKSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 212.10 | 212.10 | 0.00 | 0.00 |
| 012 | CREDITORS PROTECTION SERVICE, INC | 4,195.65 | 4,195.65 | 0.00 | 0.00 |
| 013 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | CREDITORS PROTECTION SERVICE, INC | 85.00 | 85.00 | 0.00 | 0.00 |
| 025 | CREDITORS PROTECTION SERVICE, INC | 65.00 | 65.00 | 0.00 | 0.00 |
| 026 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ECAST SETTLEMENT CORPORATION | 200.88 | 200.88 | 0.00 | 0.00 |
| 029 | MIDLAND CREDIT MANAGEMENT INC | 230.67 | 230.67 | 0.00 | 0.00 |
| 030 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ROCKFORD MERCANTILE AGENCY INC | 1,649.29 | 1,649.29 | 0.00 | 0.00 |
| 032 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | AES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 26,457.79 | 6,638.59 | 0.00 | 0.00 |
|  | Grand Total: | 43,038.95 | 23,219.59 | 26,325.57 | 0.00 |

Total Paid Claimant:       $26,325.57
Trustee Allowance:         $1,374.43            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00                 discharging the trustee and the trustee's surety from any and all
                                                liablility on account of the within proceedings, and closing the estate,
                                                and for such other relief as is just.  Pursuant to FRBP, I hereby
                                                certify that the subject case has been fully administered.

Report Dated:

                                                    /s/ Lydia S. Meyer
                                                 Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008                    By  /s/Heather M. Fagan